**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVEN HUNTER, | Case No. 2:20-cv-11289-JAK (SHK) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| FELIPE MARTINEZ, JR., et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Case Without Prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: March 17, 2021

_____
JOHN A. KRONSTADT
United States District Judge